**In re BUTTERCUP LEGACY, LLC.**

No. 2011–1450.

United States Court of Appeals, Federal Circuit.

March 12, 2012.

John M. Guynn, Workman Nydegger, of Salt Lake City, Utah, argued for appellant. Of counsel on the brief was Kevin W. Bates, Hatch, James & Dodge, of Salt Lake City, Utah.

Scott C. Weidenfeller, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and William LaMarca, Associate Solicitor.

DYK, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**